379 A.2d 576

Commonwealth v. Bailey, Appellant.

 Submitted November 10, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.